NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1580

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Plaintiff-Appellant,

v.

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0052, Judge Manuel L. Real.

---------------------------------------------------------------------------

2010-1014

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Plaintiff-Appellant,

v.

PHILIPS ELECTRONIC NORTH AMERICA CORPORATION,

Defendant,

and

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
and TOSHIBA AMERICA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-1859, Chief Judge Irma E. Gonzalez.

---------------------------------------------------------------------------

2010-1015

SONY ELECTRONICS INC.,

Plaintiff-Appellee,

and

THOMSON INC.,

Plaintiff-Appellee,

and

VICTOR COMPANY OF JAPAN, LTD. and PANASONIC CORPORATION,

Plaintiffs-Appellees,

v.

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of California in consolidated case nos. 05-CV-1777, 05-CV-1796, and 07-CV-1613, Chief Judge Irma E. Gonzalez.

ON MOTION

O R D E R

The parties move jointly to consolidate the above-captioned appeals and to modify the briefing schedule. Guardian Media Technologies, Ltd. and Toshiba America Consumer Products, L.L.C. move for an extension of time for Guardian to file its brief in 2009-1580 and for an extension of time to file its brief in 2010-1014.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to consolidate and to modify the briefing schedule is denied.

(2) The appeals will be treated as companion cases, i.e., the cases will be briefed separately and submitted to the same merits panel.

(3) The motions for extensions of time are granted. The opening brief in each of the above-captioned appeals is due no later than February 8, 2010.

(4) A copy of this order shall be transmitted to the merits panel assigned to hear these cases.

FOR THE COURT

DEC 0 4 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward E. Casto, Jr., Esq.
Irfan A. Lateef, Esq.
Anthony Francis Lo Cicero, Esq.
Richard S. Gresalfi, Esq.
R. Trevor Carter, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 4 2009

JAN HORBALY
CLERK

2009-1580, 2010-1014, 2010-1015        3